FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00486-CR

**EX PARTE** Elvin Maudiel Lopez **DUBON**,

From the County Court, Kinney County, Texas
Trial Court No. 10371CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

A supplemental clerk's record in this habeas corpus appeal was filed on September 8, 2022, in response to this court's August 30, 2022 order. We ORDER appellant's brief due on **September 28, 2022**. *See* TEX. R. APP. P. 31.1; 4TH TEX. APP. (San Antonio) LOC. R. 8.2. The brief of the State is due within 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, is due within 10 days after the State's brief is filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court